| Attorney or Party without Attorney: <br> **David A Nelson, Esq.** <br> Susman Godfrey LLP <br> 1000 Louisiana St Suite 5100 <br> Houston , TX 77002 <br>    *Telephone No:* 713-655-5668 <br>    *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> NWMS v US IRS | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:* <br> USDC-Western District of Texas |
|---|
| *Plaintiff:*  New World Montessori School <br> *Defendant:*  United States Internal Revenue Service; et al. |

| **PROOF OF SERVICE** <br> **By Certified Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:24-cv-00322-DCG |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action; Plaintiff's Original Compliant

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:
   a. Certified Mail Receipt #: 7021 0950 0001 4831 6436
   b. Date of Mailing: Wed, Sep 25, 2024
   c. Place of Mailing: HENDERSON, NV
   d. Addressed as follows: Attorney General of the United States
            950 Pennsylvania Avenue Northwest, Washington, DC 20530

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Sep 25, 2024 in the ordinary course of business.*

5. **Person Serving:**
   a. Christopher Daum (R-2018-01731)
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PKWY.
      SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

6. *I declare under penalty of perjury that the foregoing is true and correct.*

09/26/2024
(Date)                                                              (Signature)



PROOF OF SERVICE                                  11869401
BY CERTIFIED MAIL                                 (392725)