UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NEW WORLD MONTESSORI SCHOOL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | No. 24-cv-00322-DCG |

**PLAINTIFF NEW WORLD MONTESSORI SCHOOL'S NOTICE OF
STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

On December 9, 2024, Plaintiff New World Montessori School filed its operative Amended Complaint, seeking a refund of income taxes under I.R.C. § 7422 and corresponding attorneys' fees and costs.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of Plaintiff's claims. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 2, 2025

                                                                                          */s/ Weston O'Black*
                                                                                          Justin A. Nelson
                                                                                          Weston O'Black (*pro hac vice*)
                                                                                          Daniel Wilson
                                                                                          SUSMAN GODFREY L.L.P.
                                                                                          1000 Louisiana Street, Suite 5100
                                                                                          Houston, TX 77002
                                                                                          Tel.: 713-651-9366
                                                                                          jnelson@susmangodfrey.com
                                                                                          woblack@susmangodfrey.com
                                                                                          dwilson@susmangodfrey.com

S. Anthony Safi
Mounce, Green, Myers,
Safi, Paxon & Galatzan, PC
100 N. Stanton, Suite 1000
El Paso, TX 79901
Tel: 915-532-2000 ext. 542
safi@mgmsg.com

***Attorneys for Plaintiff New World Montessori School***

*/s/ Christian Orozco*
Christian A. Orozco
U.S. DEPARTMENT OF JUSTICE
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
Phone: 214-880-9757
Fax: 214-880-9741
Christian.A.Orozco@usdoj.gov

***Attorney for the United States of America***

## CERTIFICATE OF SERVICE

This is to certify that on July 2, 2025, I served the foregoing document by filing it through CM/ECF.

*/s/ Weston O'Black*
Weston O'Black
SUSMAN GODFREY LLP

2